**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1922**

———————

CONSOLIDATION COAL COMPANY,

                                        Petitioner,

        versus

BENNY S. SPADARO; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,

                                        Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(05-0689-BLA; 2003-BLA-6384)

———————

Submitted:  March 28, 2007          Decided:  April 12, 2007

———————

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ashley M. Harman, Douglas A. Smoot, JACKSON KELLY, PLLC,
Morgantown, West Virginia, for Petitioner.  Frederick K. Muth,
HENSLEY, MUTH, GARTON & HAYES, Bluefield, West Virginia; Howard M.
Radzely, Patricia M. Nece, Jeffrey S. Goldberg, UNITED STATES
DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Consolidation Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits on a claim filed by Benny Spadaro pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. Consolidation Coal Co. v. Spadaro, No. 05-0689-BLA (B.R.B. June 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED